

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00168-CR

**ERIC MOSQUEDA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2013-1757-C2**

## O R D E R

The State's fifth motion for extension of time to file its brief is denied. The State's

brief is due May 6, 2016.

PER CURIAM



Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion denied
Order issued and filed April 14, 2016